IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01296-PAB

UNITED STATES OF AMERICA,

    Petitioner,

v.

MICHAEL F. ADAMSON, President, HR Screening Solutions, Inc.,

    Respondent.

## ORDER OF DISMISSAL

This matter comes before the Court on the United States' **Notice of Voluntary Dismissal of Case** [Docket No. 5] filed July 7, 2011. After reviewing the notice and the file, I conclude that the notice should be approved and that this action should be dismissed without prejudice. Therefore, it is

    **ORDERED** as follows:

    1.    The **Notice of Voluntary Dismissal of Case** [Docket No. 5] filed July 7, 2011 is **APPROVED**.

    2.    The **Order to Show Cause** [Docket No. 2] entered May 20, 2011 is **DISCHARGED.**

    3.    The Order to Show Cause hearing set for July 8, 2011 is **VACATED.**

    4.    This action is **DISMISSED WITHOUT PREJUDICE.**

DATED July 7, 2011.

                                BY THE COURT:

                                S/Philip A. Brimmer
                                PHILIP A. BRIMMER
                                United States District Judge